IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDITH BROWN                                    :         CIVIL ACTION

     vs.                                      :
                                                         NO. 10-5232
MIDLAND CREDIT MANAGEMENT        :
INC.

## O R D E R

**AND NOW, TO WIT:** This 28th day of January, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**  /s/ Marion Scarengelli
        Marion Scarengelli
        Deputy Clerk

Civ 2 (8/2000)
41(b).frm